FILED
2022 Jul-07 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## DECLARATION OF AMY INGRAM

1. My name is Amy Ingram.

2. I make this declaration based on my personal knowledge. I am over the age of 18 years and competent to testify to the matters contained within this Declaration.

3. I worked for Dollar General as a "manager" at its store #10114 in Leeds, Alabama, from approximately November 26, 2021, until sometime in mid-February 2022, and then at its store #09521 in Hoover, Alabama, from mid–February to about June 10, 2022.

4. I worked varying shifts on varying days, and the practices described below were personally observed by me and were the same regardless of what store I worked or what shift hours I worked.

5. During my employment at Dollar General, I observed that I and the other "managers" that I worked with, had the same job description and the job duties were identical.

6. I contend that about 95%, of my time, if not more, working for Dollar General, was spent on non-managerial things.

7. The duties we performed during the biggest part of any employee's time including the "managers" was doing manual labor, such as unloading trucks, getting products on the floor, and then on the shelves, and cleaning.

8. Some other store functions that are shared with employees who are paid hourly are controlling store keys, opening and closing the store, depositing money, and approving checks, refunds, and returns.

9. Very little time is available for "manager duties" and sometimes they are done at home when not at work.

10. "Managers" are expected to be on call 7 days a week 24 hours a day without pay to receive calls from other employees or the district managers.

11. Also, CBLs (computer-based learning) was expected to be completed on time, even if you had to complete them at home without pay.

12. I spent up to 10 hours a week working from home doing Dollar General job duties and CBLs.

13. Dollar General district managers have oversight of all key managerial duties, including, the hiring, and termination of all store employees, and employee pay raises.

14. "Managers" do not have the authority to close a store even under emergency circumstances without permission from corporate headquarters or a district manager.

15. District managers set and control the employees' hours and budget. Managers are not allowed to exceed the payroll budget when scheduling employee hours for the week, and if they do they will be disciplined by the district manager and could be fired.

16. I contend that Dollar General intentionally does not allow managers enough "employee payroll hours" to be scheduled each week, and know that "managers" will have to work excessive hours to keep up with the amount of work that Dollar General demands to be done each week.

17. Even though I was told to schedule myself for 48 hours per week on the work schedule, I worked over 70 and sometimes up to 90 hours or more per week, and all my pay stubs stated that I only worked 40 hours per week.

18. I observed that the other "managers" that I worked alongside, worked a similar number of excessive hours per week.

19. All employees with the title "store manager" do not receive overtime pay for those hours worked over 40 hours per week.

20. Dollar General does not maintain records of the hours the "managers' spend working and have no method of recording those hours other than by video camera.

21. I was told by my District Manager, Josh Waid, that "I do not clock in or out because you are a salaried employee so your hours do not matter. You are free labor. I don't care if you have to stay in the store all night to get the job done."

22. Therefore, I also contend that Dollar General improperly and illegally avoided paying me overtime by giving me the title of "Manager" to claim an exemption under the Wage and Hour Act.

23. I understand and swear the allegations contained within this declaration are true and correct. I declare under penalty and perjury that I have read or had this declaration read to me, and I understand the foregoing.

Dated: 6-27-22

_____
AMY INGRAM